**Order entered February 2, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01059-CV

### KOFI OBENG AND OBENSTAR, LLC, Appellants

### V.

### COPART, INC., COPART OF TEXAS, INC., AND COPART OF HOUSTON, INC., Appellees

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-18-02553-B**

## ORDER

The reporter's record in this appeal is overdue. Accordingly, we **ORDER** Robin Washington, Official Court Reporter for County Court at Law No. 2, to file, **no later than February 17, 2021**, the reporter's record or written verification no record exists, appellants have not requested the record, or appellants have not paid or made arrangements to pay for the record. We caution appellants that the appeal may be submitted without the reporter's record should the Court receive notice that

appellants have not requested it or paid or made arrangements to pay the reporter's fee. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Melissa Bellan, Presiding Judge of County Court at Law No. 2; Ms. Washington; and, the parties.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE